IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 08-71
                             )
DENNIS VINCENT JIANSANTE,    )
        Defendant.           )
```

ORDER

AND NOW, this 5th day of January, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 9, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, January 15, 2009 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Almon S. Burke, Jr.,
    Assistant United States Attorney

    Stephen F. Capone, Esquire
    210 Grant St.
    Suite 300
    Pittsburgh, PA 15219-2116

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation